

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00088-CV

**KEVIN LEE BUHL,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 1995-379-C2**

## MEMORANDUM OPINION

In this proceeding, appellant Kevin Lee Buhl, a prison inmate, complains that he did not receive notice and the opportunity to be heard before the trial court rendered an order directing the withholding of funds from Buhl's inmate account. The Supreme Court of Texas has held that the notice and opportunity to complain about the order after it has been rendered is adequate under the circumstances. *See Harrell v. State*, 286 S.W. 3d 315, 321 (Tex. 2007) ("an inmate is entitled to notice just as happened here (via copy of the order, or other notification, from the trial court) and an opportunity to be heard just as

happened here (via motion made by the inmate)--but neither need occur before the funds are withdrawn."). Appellant's sole issue on appeal is overruled, and the trial court's order is affirmed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Neill, and
     Justice Scoggins[1]
Affirmed
Opinion delivered and filed March 3, 2021
Do not publish
[CV06]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.